CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 6 2005

JOHN F. CORCORAN, CLERK
BY:
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOSEPH BOWLER,                          )
    Plaintiff,                          )       Civil Action No.  7:05-cv-00652
                                        )
v.                                      )       **DISMISSAL ORDER**
                                        )
BLANKENSHIP, et al.,                    )       By: Hon. James C. Turk
    Defendants.                         )       Senior United States District Judge
                                        )

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's complaint are hereby **FILED** for administrative purposes only as a civil rights

complaint, pursuant to 42 U.S.C. §1983; for reasons stated in the court's memorandum opinion

in Civil Action No. 7:05-cv-00648, plaintiff's motion for in forma pauperis status shall be and

hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and the action is hereby **DISMISSED**

without prejudice and is hereby stricken from the active docket of the court.

    The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to plaintiff.

    ENTER: This _26th_ day of October, 2005.

                        Senior United States District Judge